# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BARCELLOS,<br><br>                Plaintiff,<br><br>         v.<br><br>MATHEW HUGHES, et al.,<br><br>                Defendants. | Case No.  1:14-cv-01467-SMS PC<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN FIFTEEN DAYS |

The Court conducted a settlement conference in this action on May 12, 2016, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall file dispositional documents within fifteen (15) days from the date of service of this order;
3. Plaintiff shall file a motion for attorney fees on or before June 10, 2016;
4. Plaintiff's motion for attorney fees shall be heard before the Honorable Sandra M. Snyder; and

///
///
///

1

5.   This court shall retain jurisdiction to enforce the settlement agreement reached by the parties should an issue arise before dismissal.

IT IS SO ORDERED.

Dated:   **May 12, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2