# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BARCELLOS,<br><br>   Plaintiff,<br><br>   v.<br><br>MATHEW HUGHES, et al.,<br><br>   Defendants. | Case No. 1:14-cv-01467-SMS PC<br><br>ORDER RE DATE TO FILE DISPOSITIVE DOCUMENTS |

The Court conducted a settlement conference in this action on May 12, 2016, at which the parties reached a settlement agreement. Thereafter an order issued providing a date by which the parties were to file dispositional documents. On May 25, 2016, the Court held an informal teleconference to discuss the date by which dispositional documents should be filed.

Based upon the informal teleconference, IT IS HEREBY ORDERED that the parties shall file dispositional documents within ten (10) days after the date of entry of the order on the request for attorney fees.

IT IS SO ORDERED.

Dated:   **May 25, 2016**

UNITED STATES MAGISTRATE JUDGE

1