Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Michael E. Lehman, Bar No. 133523
mlehman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:   559.449.4535

Attorneys for Defendant CITY OF SELMA

FILED
JUL 27 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| DAN BARCELLOS and MATTHEW HUGHES,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF SELMA; and DOES 1 THROUGH 10, inclusive,<br><br>        Defendants. | Case No.: 1:14-cv-01467 SMS<br><br>Complaint Filed: September 17, 2014<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE** |
|---|---|

WHEREAS, the above-captioned matter, was settled, except for the attorney's fees and costs, at a judicially supervised settlement conference before the Honorable Stanley Boone on May 11, 2016 and the terms of the settlement were placed on the record;

WHEREAS, the parties in the above-captioned matter prepared a settlement agreement pursuant to the above settlement which was signed by all parties;

WHEREAS, the parties reached a settlement agreement regarding Plaintiffs Dan Barcellos and Matthew Hughes (collectively "Plaintiffs") counsel of record's Motion for Attorney's Fees and Costs;

WHEREAS, the hearing on the Motion for Attorney's Fees and Costs was vacated by Order dated July 5, 2016 based upon the parties' notice of settlement;

WHEREAS, the Release and Acknowledgment regarding Plaintiffs' Motion for Attorney's Fees and Costs was signed by Plaintiffs' counsel and has been filed with the Court.

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated legal counsel, that the above-captioned action be disposed of as follows:

1. That the Court order that this action be dismissed with prejudice in its entirety as to all parties pursuant to FRCP 41(a)(1)(A)(ii);

2. That Plaintiffs and their counsel of record have received all fees and costs to which they are entitled in this action pursuant to the settlement previously noted;

3. That the Clerk of the Court enters final judgment dismissing this action with prejudice in its entirety.

Dated: July 20, 2016             LIEBERT CASSIDY WHITMORE

By: _____
Michael E. Lehman
Attorneys for Defendant City of Selma

Dated: July 19, 2016             ADAMS, FERRONE & FERRONE

By: _____
Michael A. McGill
Attorneys for Plaintiffs DAN BARCELLOS and MATTHEW HUGHES

## ~~PROPOSED~~ ORDER

The Court has reviewed the Parties' foregoing fully executed stipulation for dismissal. Based upon a review of the record, and good cause appearing, it is hereby ordered that this case be dismissed with prejudice and that the Clerk of the Court ~~enter a judgment that the case has been dismissed in its entirety~~ close it.

07/27/16

_____
Honorable Sandra Snyder
Magistrate Judge

7849009.1                2

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE